UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MARION C. STARKS,

    Petitioner,

v.

MICHAEL HENESSEY,

    Respondent.

Case No. 18-cv-01456-PJH

**ORDER DISMISSING PETITION**

Re: Dkt. No. 5

Petitioner, a former California prisoner, filed a pro se petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Court records indicate that petitioner filed an earlier petition with the same claims. *See Starks v. Hennessey*, No. 18-cv-0683 PJH. That petition was dismissed with leave to amend. To the extent the petition in this case was meant to be an amended petition in the earlier case, the court will address that in the earlier case. This case is **DISMISSED** as duplicative. *See Adams v. Cal. Dept. of Health Services*, 487 F.3d 684, 688 (9th Cir. 2007). The motion to proceed in forma pauperis (Docket No. 5) is **GRANTED**. A certificate of appealability is **DENIED**.

    **IT IS SO ORDERED.**

Dated: April 2, 2018

_____
PHYLLIS J. HAMILTON
United States District Judge

|   |   |   |
|---|---|---|
| 1 | UNITED STATES DISTRICT COURT | |
| 2 | NORTHERN DISTRICT OF CALIFORNIA | |

| MARION C. STARKS, | Case No. 18-cv-01456-PJH |
|---|---|
| Plaintiff, | |
| v. | **CERTIFICATE OF SERVICE** |
| MICHAEL HENESSEY, | |
| Defendant. | |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on April 2, 2018, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Marion C. Starks
150 Otis Street, Apt. 609
San Francisco, CA 94103


Dated: April 2, 2018

Susan Y. Soong
Clerk, United States District Court

By:_____
Kelly Collins, Deputy Clerk to the
Honorable PHYLLIS J. HAMILTON